ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| | | |
|---|---|---|
| RIVERSIDE RESORTS, INC.<br><br>Recurrida<br><br>V.<br><br>LEONARDO MORALES PRIETO Y OTROS<br><br>Peticionarios | TA2026CE00284 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Civil Núm.: TJ2021CV00488<br><br>Sobre: Incumplimiento de contrato; daños |

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Rivera Torres y el Juez Marrero Guerrero.

Marrero Guerrero, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de abril de 2026.

En atención al *Aviso Conjunto en Solicitud de Desistimiento* presentado el 22 de abril de 2026, en conjunto por los peticionarios y la parte recurrida, este Tribunal dispone lo siguiente:

Ha Lugar.

De conformidad con lo dispuesto en la Regla 83 (a) del Reglamento es este Tribunal de Apelaciones, *In re Aprob. Enmdas. Reglamento TA,* 2025 TSPR 42, 215 DPR __ (2025), se ordena el archivo de este caso por desistimiento con perjuicio.

Notifíquese.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones